## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADI AL MAQALEH, et al.,** | |
| **Petitioners,** | |
| **v.** | **Civil Action No. 06-1669** |
| **ROBERT GATES, et al.,** | |
| **Respondents.** | |

| | |
|---|---|
| **HAJI WAZIR, et al.,** | |
| **Petitioners,** | |
| **v.** | **Civil Action No. 06-1697** |
| **ROBERT GATES, et al.,** | |
| **Respondents.** | |

| | |
|---|---|
| **AMIN AL BAKRI, et al.,** | |
| **Petitioners,** | |
| **v.** | **Civil Action No. 08-1307** |
| **BARACK H. OBAMA, et al.,** | |
| **Respondents.** | |

| | |
|---|---|
| **REDHA AL-NAJAR, et al.,** | |
| **Petitioners,** | |
| **v.** | **Civil Action No. 08-2143** |
| **ROBERT GATES, et al.,** | |
| **Respondents.** | |

## ORDER

Upon consideration of respondents' motions to dismiss the petitions for habeas corpus in

the four above-captioned cases, the memoranda in support thereof and opposition thereto, the

motions hearing held on January 7, 2009, and the entire record herein, and for the reasons

explained in the memorandum opinion issued on this date, it is hereby **ORDERED** as follows:

1.  Respondents' motion to dismiss the habeas petition of Fadi al Maqaleh is

    **DENIED**;

2.  Respondents' motion to dismiss the habeas petition of Redha al-Najar is

    **DENIED**;

3.  The Court reserves ruling on respondents' motion to dismiss the habeas petition of

    Haji Wazir at this time, and orders that respondents file a memorandum (not to

    exceed 15 pages) addressing the Klein issue (see Mem. Op. at 48-49) by not later

    than April 23, 2009, and that petitioner Wazir file a reply memorandum (not to

    exceed 10 pages) by not later than May 7, 2009;

4.  Respondents' motion to dismiss the habeas petition of Amin al Bakri is **DENIED**

    and al Bakri's habeas petition is transferred back to Judge Huvelle for further

    proceedings; and

5.  A status conference shall be held in al Maqaleh's and al-Najar's cases on

    April 29, 2009, at 10:00 a.m. in Courtroom 8.

**SO ORDERED.**

_____/s/_____
JOHN D. BATES
United States District Judge

Date:    April 2, 2009